Civil Action No. 9:17-CV-1342

**STIPULATION DISCONTINUING ACTION**

```
U.S. DISTRICT COURT - N.D. OF N.Y.
        F I L E D
        DEC 0 9 2019
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Utica
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

GERMAINE HEITMANN, as Administratrix of the
Estate of RICHARD JORDAN,

                                  Plaintiff,

v.

SARATOGA COUNTY and JOHN DOES 1-5,

                                  Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the Plaintiff and the attorney of record for the defendants to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: November 8, 2019

By: *[signature]*
Germaine Heitmann
Plaintiff
19 Stafford Bridge Road
Saragtoga Springs, NY 12866

MURPHY BURNS LLP
By: *[signature]*
Thomas K. Murphy, Esq.
Bar Roll No.: 505306
Attorneys for Defendants
407 Albany Shaker Road
Loudonville, NY 12211

SO ORDERED:

*[signature]*
Hon. David N. Hurd

Dated: 12/09/2019 Utica, NY